# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DONALD HUNT,<br><br>                     Petitioner,<br><br>   v.<br><br>BERNARD WARNER,<br><br>                     Respondent. | Case No. C14-1637-RSM<br><br>ORDER DISMISSING FEDERAL HABEAS ACTION |

The Court, having reviewed petitioner's federal habeas petition, respondent's answer to the petition, the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, any objections thereto, and the remaining record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation;

    (2)    Petitioner's petition for writ of habeas corpus and this action are DISMISSED with prejudice;

/ / /

/ / /

ORDER DISMISSING FEDERAL
HABEAS ACTION - 1

1       (3)    In accordance with Rule 11 of the Rules Governing Section 2254 Cases in the United States District Courts, a certificate of appealability is DENIED; and

      (4)    The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to the Honorable Mary Alice Theiler.

      DATED this 8 day of April 2015.

*[signature]*

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER DISMISSING FEDERAL
HABEAS ACTION - 2